THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *ex rel.* LANA ROGERS, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. CV 507-92 |
| | ) | |
| v. | ) | |
| | ) | |
| NAJAM AZMAT, M.D. and | ) | |
| SATILLA HEALTH SERVICES, INC., d/b/a | ) | |
| SATILLA REGIONAL MEDICAL CENTER, | ) | |
| | ) | |
| Defendants. | ) | |

## DISMISSAL ORDER

The United States of America, Relator Lana Rogers, and Defendant Satilla Health Services, Inc. d/b/a Satilla Regional Medical Center ("Satilla") (collectively, "the Parties), hereby seek dismissal with prejudice of this action pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure and in accordance with the terms of their Settlement Agreement. Specifically reserved from this Dismissal Order is the Relator's claim against Satilla for payment of attorneys' fees and costs. Upon due consideration of the Joint Stipulation of Dismissal, the Settlement Agreement filed therewith, and the other papers on file in this action,

**IT IS HEREBY ORDERED** that,

1. The Settlement Agreement and the settlement amount are fair, adequate, and reasonable under all the circumstances as defined by 31 U.S.C. § 3730(c)(2)(B);

2. The complaint is **DISMISSED** as to Defendant Satilla;

3. The dismissal shall be **WITH PREJUDICE** as to the United States and the Relator with respect to all claims against Satilla which are defined as the Covered Conduct in paragraph D of the Settlement Agreement;

4. Specifically **RESERVED** from this order of dismissal is the Relator's claim for attorneys' fees and costs against Satilla, as provided by 31 U.S.C. § 3730(d) and paragraphs 3b and 19 of the Settlement Agreement. The Court shall retain jurisdiction to resolve the Relator's claim against Satilla for payment of such attorneys' fees and costs.

5. The complaint is not dismissed as to Defendant Najam Azmat, M.D.

**SO ORDERED** this 17 day of Jan, 2012.

LISA GODBEY WOOD
CHIEF JUDGE
SOUTHERN DISTRICT OF GEORGIA