THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *ex rel.* LANA ROGERS, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. CV 507-92 |
| | ) | |
| v. | ) | |
| | ) | |
| NAJAM AZMAT, M.D. and | ) | |
| SATILLA HEALTH SERVICES, INC., d/b/a | ) | |
| SATILLA REGIONAL MEDICAL CENTER, | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT STIPULATION OF DISMISSAL AND MUTUAL RELEASE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the United States, Lana Rogers ("Relator"), through their undersigned counsel, and Najam Azmat, M.D. ("Azmat") hereby stipulate and agree to the entry of an order dismissing with prejudice all claims against Azmat in the above-styled action and without any additional costs, fees, interest, or expenses. Collectively, the United States, Relator, and Azmat shall be referred to hereinafter as the "Parties."

1. On November 13, 2007, Relator filed a complaint against the above-named defendants, including Azmat, under the *qui tam* provisions of the False Claims Act, 31 U.SC. § 3730(b). On July 27, 2010, the United States filed its Complaint in intervention (Doc. No. 59) and took over the conduct of the litigation. The civil claims that the United States contends it has against Azmat are described generally in paragraphs 359-376 of the United States' Complaint and are specifically identified in Exhibit 1.1 of the United States Initial Disclosure that was provided to Azmat as part

of the United States' discovery obligations. The civil claims described in the preceding sentence shall be referred to hereinafter as the "Covered Conduct."

2. The United States hereby releases Azmat from any civil or administrative monetary claim the United States has for the Covered Conduct under the False Claims Act, 31 U.S.C. §§ 3729-3733; the Program Fraud Civil Remedies Act, 31 U.S.C. §§ 3801-3812; or the common law theories of payment by mistake, unjust enrichment, and fraud.

3. Relator hereby releases Azmat from any civil monetary claim she has on behalf of the United States for the Covered Conduct under the False Claims Act, 31 U.S.C. §§ 3729-3733. Relator also hereby releases Azmat from any liability to Relator arising from the filing of this action, and under 31 U.S.C. § 3730(d) for attorney's fees, costs, and expenses.

4. Azmat fully and finally releases the United States, its agencies, officers, agents, employees, and servants, from any claims (including attorney's fees, costs, and expenses of every kind and however denominated) that Azmat has asserted, could have asserted, or may assert in the future against the United States, its agencies, officers, agents, employees, and servants, related to the Covered Conduct and the United States' investigation and prosecution thereof.

5. Azmat fully and finally releases the Relator and her attorneys from any claims (including attorney's fees, costs, and expenses of every kind and however denominated) that Azmat has asserted, could have asserted, or may assert in the future against the Relator and her attorneys, related to the Covered Conduct and the Relator's and her attorneys' investigation and prosecution thereof.

6. The effective date of this Joint Stipulation of Dismissal and Mutual Release shall be July 16, 2012.

7. The Clerk of Court is authorized to close his files in this action.

8. The Parties respectfully request that the Court enter an order in the form of the attached proposed order.

Respectfully submitted this 16th day of July 2012.

**FOR THE UNITED STATES OF AMERICA:**

STUART DELERY
ACTING ASSISTANT ATTORNEY GENERAL

s/ Arthur S. Di Dio
DANIEL R. ANDERSON
ARTHUR S. DI DIO
D.C. Bar No. 463357
Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-0275
Email: Arthur.Di.Dio@udoj.gov


EDWARD J. TARVER
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF GEORGIA

s/ Edgar D. Bueno
EDGAR D. BUENO
Assistant United States Attorney
Virginia Bar No. 41307
U.S. Attorney's Office
Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422
Email: Edgar.Bueno@usdoj.gov

**FOR RELATOR LANA ROGERS:**

s/ John E. Bumgartner
JOHN E. BUMGARTNER
Georgia Bar No. 094600
Brown, Readdick, Bumgartner, Carter, Strickland & Watkins
Post Office Box 220
Brunswick, Georgia 31521
Telephone: (912) 264-8544
E-Mail: JBumgartner@brbcsw.com


s/ John R. Ferrelle
JOHN R. FERRELLE
Georgia Bar No. 259225
777 Gloucester Street
Suite 411
Brunswick, Georgia 31520
Telephone: (912) 264-0209
E-Mail: Ferrelle@bellsouth.net


**FOR NAJAM AZMAT, M.D.**

s/ Najam Azmat, M.D.
NAJAM AZMAT, M.D.
707 Confederate Way
Waycross, GA 31503

## CERTIFICATE OF SERVICE

This is to certify that on July 16, 2012, I have served a copy of the foregoing Joint Stipulation of Dismissal and Mutual Release, by addressing same to:

>Najam Azmat, M.D.
>707 Confederate Way
>Waycross, GA 31503
>
>John E. Bumgartner, Esq.
>Brown, Readdick, Bumgartner, Carter, Strickland & Watkins, LLP
>Post Office Box 220
>Brunswick, GA 31521-0220
>
>John R. Ferrelle, Esq.
>777 Gloucester Street, Suite 411
>Brunswick, GA 31520

and in accordance with the directives from the Court Notice of Electronic Filing (NEF), which was generated as a result of electronic filing.

>s/ Edgar Bueno
>EDGAR D. BUENO
>Assistant United States Attorney
>U.S. Attorney's Office
>Post Office Box 8970
>Savannah, Georgia 31412
>Telephone: (912) 652-4422

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *ex rel.* LANA ROGERS, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. CV 507-92 |
| | ) | |
| v. | ) | |
| | ) | |
| NAJAM AZMAT, M.D. and | ) | |
| SATILLA HEALTH SERVICES, INC., d/b/a | ) | |
| SATILLA REGIONAL MEDICAL CENTER, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

The United States, Relator Lana Rogers, and Najam Azmat, M.D. hereby seek dismissal of this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The dismissal shall be with prejudice as to the United States' and Relator's claims against Azmat for the Covered Conduct. Upon due consideration of the filed stipulation of dismissal and mutual release, and the papers on file in this action,

**IT IS HEREBY ORDERED** that,

1. The complaint is **DISMISSED** as to Azmat; and

2. The dismissal shall be **WITH PREJUDICE.**

**SO ORDERED** this _____ day of_____ 2012.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

5