FILED
U.S. DISTRICT COURT

2012 JUL 17  PM 4: 16

CLERK _____
SO. DIST. OF GA.

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *ex rel.* LANA ROGERS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NAJAM AZMAT, M.D. and ) <br> SATILLA HEALTH SERVICES, INC., d/b/a ) <br> SATILLA REGIONAL MEDICAL CENTER, ) <br> ) <br> Defendants. ) | Civil Action No. CV 507-92 |

## ORDER

The United States, Relator Lana Rogers, and Najam Azmat, M.D. hereby seek dismissal of this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The dismissal shall be with prejudice as to the United States' and Relator's claims against Azmat for the Covered Conduct. Upon due consideration of the filed stipulation of dismissal and mutual release, and the papers on file in this action,

**IT IS HEREBY ORDERED** that,

1. The complaint is **DISMISSED** as to Azmat; and

2. The dismissal shall be **WITH PREJUDICE.**

**SO ORDERED** this ___17___ day of ___July___, 2012.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

5